UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RONALD KAREEM SEABROOKS,<br><br>Petitioner,<br><br>vs.<br><br>PATRICK WARREN,<br><br>Respondent. | 2:19-CV-12406-TGB<br><br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME** |

This matter is before the Court on Petitioner's Request for Extension of Time. (ECF No. 13.) Ronald Kareem Seabrooks is incarcerated at the Macomb Correctional Facility in New Haven, Michigan. In August 2019, he filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) The Court ordered Respondent to file a responsive pleading by March 20, 2020, and allowed Petitioner forty-five days from the date of the responsive pleading to file a reply. (ECF No. 3.) Respondent filed a response on March 19, 2020. (ECF No. 11.)

On April 24, 2020, Petitioner filed requested an additional ninety days to reply to Respondent's answer. (ECF No. 13.) The motion was not docketed on the Court's ECF system until May 27, 2020, because of

delays associated with the ongoing Covid-19 pandemic. The Court recognizes that the COVID-19 pandemic presents particular challenges to *pro-se* prisoner litigants and **GRANTS** Petitioner's request. (ECF No. 11.) Petitioner shall have ninety days from the date of this Order to file a reply. If Petitioner faces additional pandemic-related obstacles to filing a reply, he may file a motion for additional time.

    SO ORDERED.

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: June 16, 2020