UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RONALD KAREEM SEABROOKS, <br><br> Petitioner, <br><br> vs. <br><br> PATRICK WARREN, <br><br> Respondent. | 2:19-CV-12406-TGB <br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is DISMISSED.

Dated at Detroit, Michigan:  August 29, 2022.

                                      KINIKIA ESSIX
                                      CLERK OF THE COURT

                                      /s/A. Chubb_____
                                      Case Manager and Deputy Clerk

APPROVED:

/s/Terrence G. Berg_____
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE